Same case below, 389 Fed. Appx. 373.

**No. 10-7344. Noah Childs Gordon, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 808, 178 L. Ed. 2d 540, 2010 U.S. LEXIS 9460.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 385 Fed. Appx. 679.

**No. 10-7345. Jose DeJesus Fernandez, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 808, 178 L. Ed. 2d 540, 2010 U.S. LEXIS 9571.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 397 Fed. Appx. 433.

**No. 10-7352. Manuel Rosas-Hernandez, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 808, 178 L. Ed. 2d 540, 2010 U.S. LEXIS 9509.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 388 Fed. Appx. 463.

**No. 10-7353. Napoleon Lajuan Randall, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 808, 178 L. Ed. 2d 540, 2010 U.S. LEXIS 9468.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7354. Louis Efrain Cooper, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 808, 178 L. Ed. 2d 540, 2010 U.S. LEXIS 9478.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 617 F.3d 307.

**No. 10-7358. Lamont D. Parker, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 808, 178 L. Ed. 2d 540, 2010 U.S. LEXIS 9541.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-7360. Vincent Gamboa, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 809, 178 L. Ed. 2d 540, 2010 U.S. LEXIS 9506.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 608 F.3d 492.